# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
| F4274214 | GRADIN | 142 | WB5 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | |
|---|---|---|
| 08/14/2009 | 261.58a | FOR 15/177 |

Place of Offense: BIGHORN National Forest

Offense Description: Leaving Camping Equipment in Same Location over 14 Days in Violation of Forest Order 16 USC 551; 36CFR 261.58a

**DEFENDANT INFORMATION**

Last Name: McDougall
First Name: Ricky
MI: A

**VEHICLE DESCRIPTION** VIN: [redacted]

| Tag No | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| 39430 | WI | | NT | LA | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

**PAY THIS AMOUNT →**

$100 Forfeiture Amount
+ $25 Processing Fee
$125.00 **Total Collateral Due**

**YOUR COURT DATE**

Court Address: [signature]

Date: [illegible]

F 4274214

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09/24, 2009 while exercising my duties as a law enforcement officer in the District of Wyoming:

Bighorn N.F. Fellow Officer Sherman contacted me regarding Mr. McDougalls camp, which had been documented in the same location and position for well over the 14 day stay limit. Officer Sherman left several notices on Mr. McDougalls camper regarding the violation and on numerous occasions tried to contact him in camp without success. Mr. McDougall was cited on 8/13/06 and again on 10/8/07 for this same offense. Mr. McDougall has also received numerous warnings regarding the 14 day stay regulation. Every summer for the past several years we have documented that Mr. McDougall is not complied with the 14 day limit. I tried to reach Mr McDougall on several occasions w/ that success.

The foregoing statement is based upon:
☒ my personal observation my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 10/05/2009 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

# United States District Court
## Violation Notice

Violation Number: F4274215
Officer Name (Print): GRADIN
Officer No.: 1412
CVB Location Code: WBS

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 09/04/2009
Offense Charged: 26.1 SBa FOR 15
Place of Offense: Bighorn National Forest

Offense Description: Leaving Camping equipment in Same Location over 14 DAYs in Violation of FOREST ORDER
16 USC 551, 36 CFR 261.58a

### DEFENDANT INFORMATION
Last Name: McDougall
First Name: Ricky
M.I.: A

### VEHICLE DESCRIPTION
Tag No: 3H 439
State: WY
Year: 
Make: HT
Color: white

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

**PAY THIS AMOUNT →**
$ 100 Forfeiture Amount
+ $25 Processing Fee
$ 125.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

BY MAIL

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09/24, 20 09 while exercising my duties as a law enforcement officer in the District of WYoming

Bighorn NF officer Sharma reported to me that Mr. McDougalls Camper had again been documented in the Same Location and Posted in near FDR 177/15 For well over the 14 Day Stay Limit. Mr McDougalls Camper was documented at this Same Location on 08/14/09, 08/21/09, 08/28/09, 09/04/09, and 09/20/09 by officer Sharma. Officer Sharma made numerous attempts to Contact Mr McDougall without Success. Mr McDougall has been issued 2 U.S and Several years warnings over the last Several years for this same offense but continues to violate the Same Regulation Repeatedly.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 10/03/2009
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S Magistrate Judge